## Elizabeth Johnson, Appellee, v. India Tea Company, Appellant.

### Gen. No. 40,935.

Heard in second division, first district, at October term, 1939; opinion filed February 23, 1940. W. Harold Rutherford, for appellant; Richard E. Keogh, of counsel; Rosen, Francis & Cleveland, for appellee; James B. O'Shaughnessy, of counsel. Opinion by Presiding Justice JOHN J. SULLIVAN. ''Not to be published in full.''